THE CONTENTS OF THIS DOCUMENT ARE
NOT A SUBSTITUTE FOR AN ATTORNEY

Billy Darryl Floyd
P.O. Box 1225
Indian Trail, North Carolina [28079]
(704) 297-7000

**FILED**
CHARLOTTE, NC

SEP 1 5 2016

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | DOCKET NO. 3:16-CR-200-MOC |
| V. | § § | MOTION TO DISMISS COURT APPOINTED ATTORNEY AND TO |
| Billy Darryl Floyd, Defendant. | § § § § | HAVE APPOINTED AN ATTORNEY TO ACT AS DEFENDANT'S ASSISTANCD OF COUNSIL. |

## NOTICE OF TERMINATION OF COUNSEL
## MOTION FOR APPOINTMENT OF ASSISTANCE OF COUNSEL

### NOTICE

NOW COMES Billy Darryl Floyd, who makes this Special Appearance and who files this Notice Of Termination of Counsel and Motion for the court to appoint an attorney to act as Assistance of Counsel.

On this date Counsel for Billy Darryl Floyd was terminated by Billy Darryl Floyd, who is desirous of acting as himself in this matter. See copy of termination letter presented to counsel, attached hereto.

### DEFENDANT'S MOTION FOR COURT APPOINTED ASSISTANCE OF COUNSEL

Billy Darryl Floyd moves this court to appoint an attorney as his Assistance of Counsel pursuant to the provisions found in the 6th Amendment of the Constitution For the United States, 28 U.S.C. 1654, and *Faretta v. California*, 42 U.S. 806, decided by the Supreme Court of the

United States, which clearly states that a defendant in a criminal matter has the right to act in his proper person, as himself, and that he has a right to the assistance of counsel.

WHEREFORE, PREMISES CONSIDERED, Defendant has shown good cause as to why this motion should be granted and prays this honorable court to do so.

Respectfully submitted by

_____ / 9/15/16
Billy Darryl Floyd         Date
In propria persona

## CERTIFICATE OF SERVICE

I certify that a true, correct, and complete copy of the foregoing document was served on the adverse party by hand on this, the 15th day of September, 2016.

_____
Billy D. Floyd

THE CONTENTS OF THIS DOCUMENT ARE
NOT A SUBSTITUTE FOR AN ATTORNEY

United States, which clearly states that a defendant in a criminal matter has the right to act in his proper person, as himself, and that he has a right to the assistance of counsel.

WHEREFORE, PREMISES CONSIDERED, Defendant has shown good cause as to why this motion should be granted and prays this honorable court to do so.

Respectfully submitted by

_____ / 9/15/16
Billy Darryl Floyd        Date
In propria persona

## CERTIFICATE OF SERVICE

I certify that a true, correct, and complete copy of the foregoing document was served on the adverse party by hand on this, the 15th day of September, 2016.

_____
Billy D. Floyd